## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEPHEN M. FINAFROCK,** : | |
| : | |
| *Plaintiff,* : | |
| : | |
| v. : | Case No. 1:25-CV-000058-BAH |
| : | |
| **METROPOLITAN WASHINGTON** : | |
| **COUNCIL OF GOVERNMENTS,** : | |
| : | |
| *Defendant.* : | |
| : | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Metropolitan Washington Council of Governments, through counsel and pursuant to Fed. R. Civ. P. 12(b)(6) and Local Civil Rule 7, hereby moves the Court for an Order dismissing Plaintiff Stephen M. Finafrock's Amended Complaint in its entirety with prejudice.

As explained more fully in the accompanying Memorandum of Law, which is incorporated herein by reference, the Court should dismiss Plaintiff's Amended Complaint because it fails to state claims upon which relief may be granted. A proposed Order is filed contemporaneously with this Motion.

WHEREFORE, Defendant respectfully requests this Honorable Court grant the Motion and dismiss Plaintiff's Amended Complaint in its entirety.

DATED: June 30, 2025

[*SPACE INTENTIONALLY BLANK, SIGNATURE PAGE TO FOLLOW*]

DATED:  June 30, 2025                                    Respectfully submitted,

**JACKSON LEWIS P.C.**

By:    */s/ Bernard G. Dennis, III*
         Bernard G. Dennis, III (DC Bar 1028633)
         11790 Sunrise Valley Dr., Suite 400
         Reston, Virginia 20191
         Tel.: (703) 483-8300
         Fax; (703) 483-8301
         Bernard.Dennis@jacksonlewis.com

         *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2025, I electronically filed the foregoing *Motion to Dismiss Plaintiff's Amended Complaint* with the Clerk of the Court using the CM/ECF system, which will send a notification to counsel of record:

Paula M. Potoczak, Esq.
218 North Lee Street, Third Fl.
Alexandria, VA 22314
PMPLaw@Earthlink.net

*Counsel for Plaintiff*

         */s/ Bernard G. Dennis, III*
         Bernard G. Dennis, III (DC Bar 1028633)
         **JACKSON LEWIS P.C.**
         11790 Sunrise Valley Dr., Suite 400
         Reston, Virginia 20191
         Tel.: (703) 483-8300
         Fax; (703) 483-8301
         Bernard.Dennis@jacksonlewis.com

         *Counsel for Defendant*